IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TERRY ARCHIE, as )
Administrator of the )
Estate of Teria C. Archie, )
et al., )
 )
    Plaintiffs, )
 ) CIVIL ACTION NO.
    v. ) 2:19cv508-MHT
 ) (WO)
COVINGTON COUNTY, et al., )
 )
    Defendants. )

**JUDGMENT**

It is ORDERED that:

(1) Plaintiffs' unopposed motion to voluntarily dismiss Blake Turman as a defendant without prejudice (doc. no. 36) is granted.

(2) All claims against defendant Blake Turman are dismissed without prejudice, with the parties to bear their own costs, and defendant Turman is terminated as a party to this action.

This case is not closed.

DONE, this the 14th day of November, 2019.

                              /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**