IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY ARCHIE, as Administrator of the Estate of Teria C. Archie, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 2:19cv508-MHT (WO) |
| COVINGTON COUNTY, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the motions to dismiss (doc. no. 7, 9) and for a more definite statement (doc. no. 21) are denied as moot in light of the filing of the second amended complaint.

DONE, this the 14th day of November, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**