IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TERRY ARCHIE, as              )
Administrator of the          )
Estate of Teria C. Archie,    )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:19cv508-MHT
                              )          (WO)
COVINGTON COUNTY, et al.,     )
                              )
     Defendants.              )
```

### AMENDED JUDGMENT

Pursuant to the amended joint stipulation of dismissal and request for entry of a modified order (Doc. 88), it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The amended request for entry of a modified order is granted.

(2) This cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

(3) The court retains jurisdiction in order to enforce the terms of the parties' settlement agreement.

Any pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of October, 2022.

                             /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE